IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHLEA SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASCADE COLLECTIONS, INC., )<br>)<br>Defendant. ) | 4:18-cv-01304<br><br>Judge Hughes |

### AFFIDAVIT OF PROCESS SERVER – PROOF OF SERVICE

A summons in the above-captioned civil action to be served upon CASCADE COLLECTIONS, INC., was received by me on <u>May 16</u>, 2018. I certify that I am over the age of eighteen (18), that I am not a party to the above-captioned civil action, and that under penalties of perjury the following information is true:

☒ On <u>5-16-18 at 3:51pm</u>, 2018, I served the summons at (*address*) <u>1045 13th Street SE, Salem OR 97302</u> on (*name of individual*) <u>Brad Coleman</u>, who, as the registered agent for CASCADE COLLECTIONS, INC., is designated by law to accept service of process on behalf of CASCADE COLLECTIONS, INC.; **or**

☐ On _____, 2018, I served the summons at (*address*) _____ on (*name of individual*) _____, who specifically stated that they were authorized to accept service of process on behalf of CASCADE COLLECTIONS, INC.; **or**

☐ On _____, 2018, I served the summons at (*address*) _____ on an individual that refused to provide their name but said individual specifically stated that they were authorized to accept service of process on behalf of CASCADE COLLECTIONS, INC.; **or**

☐ I returned the summons unexecuted because
_____
_____

☐ Other *(specify)*: Also served Complaint and Order for Conferene.

**Description of Individual Served:**

**Gender:** Male _X_  Female ___
**Age:** 50's
**Race/Skin:** Caucasian
**Weight:** 195 lbs
**Height:** 5'11"
**Hair Color:** Brown
**Other:** Glasses

_____
Linda C. Mejia
Server's Signature

Linda C. Mejia
Printed Name

321 S. Broadway Street
Yreka, CA 96097
Server's Address

SUBSCRIBED AND SWORN to before me this _24th_ day of _May_, 2018

_Lori March_
NOTARY PUBLIC

LORI MARCH
Notary Public – California
Siskiyou County
Commission # 2174726
My Comm. Expires Dec 4, 2020